Filed by YH D.C.

Aug 26, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **20-60096-CR-ALTMAN/HUNT**

26 U.S.C. § 7206(1)

UNITED STATES OF AMERICA

vs.

JAMI KOPACZ,

    Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times material to this Information:

1. Defendant **JAMI KOPACZ** was a resident of Broward County, and worked as a paid escort for clients throughout the United States.

2. Defendant **JAMI KOPACZ** was the manager and the sole shareholder of JK Training, LLC, a limited liability company incorporated in the State of Florida by **KOPACZ** in or around 2015. JK Training, LLC's principal place of business was 901 NE 3rd Street, Fort Lauderdale, Florida.

3. JK Training, LLC was the business entity defendant **JAMI KOPACZ** used to receive payments in connection with his escort business. **KOPACZ** received payments directly from clients in the form of cash, check, and wire transfer. **KOPACZ** also received payments in the form of electronic transfers from a private business for whom he worked as an independent contractor and escort.

4. Defendant **JAMI KOPACZ** conducted, financed, managed, supervised, directed, and operated JK Training, LLC.

5. JK Training, LLC elected to be taxed as a Subchapter S corporation. S corporations are corporations that elect to pass corporate income, losses, deductions, and credits through to their shareholders for federal tax purposes. Shareholders of S corporations report the flow-through income and losses on their personal tax returns and are assessed tax at their individual income tax rates.

6. The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury responsible for administering the federal tax laws of the United States and collecting taxes due and owing to the United States.

## Filing a False Tax Return
## (26 U.S.C. § 7206(1))

On or about May 6, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

## JAMI KOPACZ,

did willfully make and subscribe a United States Individual Income Tax Return, IRS Form 1040, for calendar year 2018, which was verified by a written declaration that it was made under penalties of perjury, and filed with the IRS, and which the defendant did not believe to be true and correct as to every material matter, in that the tax return falsely underreported both his total income, Line 6, as $356,170, and his total income from JK Training, LLC on Schedule E, Line 32 as $284,969, whereas the defendant then and there knew that his total income and total income from JK Training, LLC were substantially greater than the reported amount.

-3-

In violation of Title 26, United States Code, Section 7206(1).

*[signature]*
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

*[signature]*
GRACE ALBINSON
TRIAL ATTORNEY
TAX DIVISION
U.S. DEPARTMENT OF JUSTICE

*[signature]*
CHRISTOPHER BROWNE
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JAMI KOPACZ,

_____Defendant._____/

CASE NO._____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)
___ Miami   ___ Key West
___ FTL   ✓ WPB   ___ FTP

New defendant(s)        Yes ___   No ___
Number of new defendants    ___
Total number of counts      ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect    _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days      ✓       Petty       ___
   II   6 to 10 days     ___     Minor       ___
   III  11 to 20 days    ___     Misdem.     ___
   IV   21 to 60 days    ___     Felony      ✓
   V    61 days and over ___

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___   No ✓

_____
CHRISTOPHER B. BROWNE
ASSISTANT UNITED STATES ATTORNEY
FL Bar No. 91337

*Penalty Sheet(s) attached                                                REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JAMI KOPACZ

**Case No**: _____

Count #: 1

Filing a False Tax Return

Title 26, United States Code, Section 7206(1)

**\* Max. Penalty**:     Three (3) years' imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: JAMI KOPACZ

$100,000 PSB
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Christopher B. Browne

Last Known Address: 601 NE 11 Avenue

Fort Lauderdale, FL 33304

What Facility:

Agent(s):   S/A Moises Assael
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
IRS

AO 455 (Rev. 01/09) Waiver of an Indictment

## UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Jami Kopacz, | ) | |
| | ) | |
| Defendant | ) | |

**WAIVER OF AN INDICTMENT**

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Richard Lubin
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*