UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cr-60096-RKA

UNITED STATES OF AMERICA,

vs.

JAMI KOPACZ,

Defendant.

_____/

## STIPULATED FACTUAL BASIS

The United States of America and Jami Kopacz ("Defendant") agree that had this case gone to trial, the Government would have proven the following facts, among others, beyond a reasonable doubt:

1. Defendant JAMI KOPACZ was a resident of Broward County, and worked as a paid escort for clients throughout the United States.

2. Defendant JAMI KOPACZ was the manager and the sole shareholder of JK Training, LLC, a limited liability company incorporated in the State of Florida by the Defendant in or around 2015. JK Training, LLC's principal place of business was 901 NE 3rd Street, Fort Lauderdale, Florida.

3. JK Training, LLC was the business entity the Defendant used to receive payments in connection with the Defendant's escort business. Aside from the Defendant, JK Training, LLC had no employees. The Defendant and JK Training, LLC received payments directly from clients in the form of cash, check, and wire transfer. The Defendant and JK Training LLC also received payments in the form of electronic transfers from a private business for

whom the Defendant worked as an independent contractor and escort.

4. The Defendant conducted, financed, managed, supervised, directed, and operated JK Training, LLC.

5. JK Training, LLC elected to be taxed as a Subchapter S corporation. S corporations are corporations that elect to pass corporate income, losses, deductions, and credits through to their shareholders for federal tax purposes. Shareholders of S corporations report the flow-through income and losses on their personal tax returns and are assessed tax at their individual income tax rates.

6. The Defendant filed false IRS Forms 1120S – United States Income Tax Return for an S Corporation – for JK Training, LLC with the IRS, which were signed by the Defendant under penalties of perjury, knowing that the returns substantially underreported gross receipts and total income for JK Training, LLC for tax years 2015, 2016, 2017, and 2018. Specifically, the Defendant failed to report large amounts of cash and check payments he had received from clients.

7. The false items the Defendant reported on the IRS Forms 1120S for JK Training, LLC, discussed in the above paragraph, flowed through to the Defendant's IRS Forms 1040 – United States Individual Income Tax Return – for tax years 2015, 2016, 2017, and 2018. For these tax years, the Defendant filed with the IRS, false IRS Forms 1040 – United States Individual Income Tax Return – knowing that the returns substantially underreported both the Defendant's total income, and the total income of JK Training, LLC on Schedule E.

8. With respect to the Information, on or about May 6, 2019, in the Southern District of Florida, the Defendant, willfully made and subscribed an IRS Form 1040 – United States

Individual Income Tax Return – for calendar year 2018, which was verified by a written declaration that it was made under the penalties of perjury and which the Defendant did not believe to be true and correct as to every material matter. That income tax return, which was filed with the IRS, reported on Line 6 that the Defendant's total income was $356,170, and reported on Schedule E, Line 32, that the total income of JK Training, LLC was $284,969, whereas the Defendant then and there knew that the Defendant's total income and the total income of JK Training, LLC were substantially greater than the amount reported on the return.

9. The actions of the Defendant recounted above were in all respects voluntary, knowing, deliberate, and willful, and were not committed by mistake, accident, and/or other innocent reason.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 12/14/2020     By:     /s/ *Grace Albinson*
                             GRACE ALBINSON
                             TRIAL ATTORNEY, TAX DIVISION

Date: 12/14/2020     By:     /s/ *Christopher Browne*
                             CHRISTOPHER BROWNE
                             ASSISTANT UNITED STATES ATTORNEY

Date: 12-14-20        By: _____
                          RICHARD LUBIN
                          ATTORNEY FOR DEFENDANT

Date: 12/11/20        By: _____
                          JAMI KOPACZ
                          DEFENDANT

4